IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.J.; TONI CORDOVA, *et al.* : | |
| : | CIVIL ACTION NO. 2:22-cv-00752-CB |
| **Plaintiffs,** : | |
| : | JUDGE CATHY BISSOON |
| v. : | |
| : | |
| UNIVERSITY OF IOWA HOSPITALS : | |
| AND CLINICS, *et al.,* : | |
| : | |
| **Defendants.** : | |

**STIPULATION OF EXTENSION OF TIME TO MOVE, ANSWER OR
OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Plaintiffs and Defendants Cincinnati Children's Hospital, Robert Hopkin, Cedars-Sinai Medical Center, William Wilcox, Joel Charrow, MD, Ann & Robert H. Lurie Children's Hospital of Chicago, Massachusetts General Hospital, Katherine Sims, Regents of the University of Minnesota and Michael Mauer, M.D. (collectively "Defendants"), hereby stipulate that the named Defendants shall have an extension of time, up to and including, October 17, 2022 within which to move, answer or otherwise plead in response to Plaintiffs' Complaint. Pursuant to LCvR 7(E), this stipulated extension of time does not exceed 45 days from the original response date.

STIPULATED:

/s/ C. Allen Black (per authorization)
C. Allen Black (PA 202501)
LAW OFFICE OF C. ALLEN BLACK
Bldg. 1B, Suite 200
322 North Shore Drive
Pittsburgh, PA 15212
Phone: (412) 908-3268
drallenblack@gmail.com

*Counsel for Plaintiffs*

/s/ Beth A. Bryan
Beth A. Bryan (OH 0082076)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
bryan@taftlaw.com

*Counsel for Defendants Cincinnati Children's
Hospital and Robert Hopkin*

/s/ Ashley N. Rodgers
Ashley N. Rodgers (PA 314017)
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
One PPG Place, 28th Floor
Pittsburgh, PA 15222
Phone: (412) 567-5596
Fax: (412) 567-5494
ashley.rodgers@lewisbrisbois.com

*Counsel for Defendants Cedars-Sinai Medical Center and William Wilcox*

/s/ Tory A. Weigand
Tory A. Weigand (MA 548553)
Anthony E. Abeln (MA 669207)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02110-1181
Phone: (617) 439-7500
Fax: (617) 342-4947
tweigand@morrisonmahoney.com
aabeln@morrisonmahoney.com

*Counsel for Defendants Massachusetts General Hospital and Katherine Sims*

/s/ Joseph E. Comer
Joseph E. Comer (IL 6303087)
Andrea H. Kott (IL 6203246)
BARKER, CASTRO & STEINBACK, LLC
303 W. Madison Street, Suite 700
Chicago, IL 60606
Phone: (312) 855-9300
Fax: (312) 855-9310
jcomer@bclawllc.com
akott@bclawllc.com

*Counsel for Defendants Joel Charrow, MD and Ann & Robert H. Lurie Children's Hospital of Chicago*

/s/ Peter G. Land
Peter G. Land (admitted PHV)
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: (312) 526-1631
Fax: (312) 655-1501
Peter.land@huschblackwell.com

*Counsel for Defendants Regents of the University of Minnesota and Michael Mauer, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically on this 12th day of September, 2022. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Beth A. Bryan*
