IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.J.; TONI CORDOVA, *et al.*, | : |
| | : |
| Plaintiffs, | : Civil Action No. 2:22-cv-00752-CB |
| | : |
| v. | : Judge Cathy Bissoon |
| | : |
| UNIVERSITY OF IOWA HOSPITALS AND CLINICS, *et al.*, | : |
| | : |
| Defendants. | : |

**ORDER**

This matter is before the Court on Plaintiffs and Defendants Duke University Health System, Inc., Columbia University Medical Center, Dr. Maryam Banikazemi, Dr. Manesh Patel, Children's Memorial Hospital, Dr. Joel Charrow, Baylor College of Medicine, Dr. Christine Eng, Cincinnati Children's Hospital, Dr. Robert Hopkin, University of Minnesota, Dr. Michael Mauer, University of Washington Medicine, Dr. Ronald Scott, Massachusetts General Hospital, Dr. Katherine Sims, University of Alabama at Birmingham Medicine, Dr. David Warnock, Cedars-Sinai Medical Center, Dr. William Wilcox, and Ann & Robert H. Lurie Children's Hospital of Chicago's (collectively, the "Moving Defendants") joint motion to bifurcate Rule 12(b) briefing. Based on the agreement of the parties and for good cause appearing, it is hereby ordered:

- The Moving Defendants shall file a single omnibus motion in response to Plaintiffs' Complaint that addresses only the defenses of personal jurisdiction and jurisdictional immunity on or before November 8, 2022. This response shall not exceed 35 pages.

- Plaintiffs may file an Amended Complaint on or before November 15, 2022.

- The Moving Defendants shall file a single omnibus motion in response to the Amended Complaint that addresses only the defenses of personal jurisdiction and jurisdictional immunity on or before December 6, 2022. This response shall not exceed 35 pages.

1

- Plaintiffs shall file an opposition to the Moving Defendants' omnibus motion on or before January 3, 2023. This opposition shall not exceed 35 pages.

- The Moving Defendants shall file a single reply in support of their omnibus motion on or before January 17, 2022. This response shall not exceed 15 pages.

- In the event this action survives the Moving Defendants' omnibus motion, the Moving Defendants shall file separates responses to the Complaint asserting all defenses available under Fed. R. Civ. P. 12(b)(6) within 45 days of the Court's ruling.

Dated: October _____, 2022 _____
Hon. Cathy Bissoon