# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

D.J.; TONI CORDOVA; et al.,

        Plaintiffs,        Civil Action No. 2:22-cv-00752-CB

v.

UNIVERSITY OF IOWA HOSPITALS AND
CLINICS, an Iowa Entity; et al.,

        Defendants.

## DECLARATION OF DAVID WRIGLEY IN SUPPORT OF DEFENDANTS CEDARS-SINAI MEDICAL CENTER AND DR. WILLIAM WILCOX'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

I, David Wrigley, declare as follows:

1. I am the Executive Vice President of Finance and the Chief Financial Officer for Defendant Cedars-Sinai Medical Center ("Cedars-Sinai").

2. I make this declaration based on my personal knowledge as well as based on a reasonable inquiry and a diligent search of Cedars-Sinai's records. If called as a witness to testify thereto, I could competently and truthfully do so.

3. Cedars-Sinai is a California non-profit corporation with a principal place of business in Los Angeles, California.

4. Cedars-Sinai does not and has never had offices in Pennsylvania.

5. Cedars-Sinai does not have a bank account in Pennsylvania.

6. Cedars-Sinai is not licensed to practice medicine in Pennsylvania.

7. Cedars-Sinai has never treated patients in Pennsylvania.

8. Cedars-Sinai has not treated any of the named plaintiffs in this case.

4856-8217-6813.1

9. Cedars-Sinai does not direct advertising or marketing at Pennsylvania.

10. Cedars-Sinai does not have an authorized agent to receive service of process in Pennsylvania.

11. Cedars-Sinai does not own or control land in Pennsylvania.

12. Cedars-Sinai does not have a mailing address or telephone or fax listing in Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 24th day of October, 2022, at Los Angeles, California.

_____
David Wrigley

4856-8217-6813.1