IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **D.J.; TONI CORDOVA**, *et al.* : | |
| : | |
| Plaintiffs, : | Civil Action No.  2:22-cv-00752-CB |
| : | |
| v. : | Judge Cathy Bissoon |
| : | |
| **UNIVERSITY OF IOWA HOSPITALS** : | |
| **AND CLINICS,** *et al.,* : | |
| : | |
| Defendants. : | |

### CERTIFICATION OF MEET AND CONFER PRIOR TO FILING RULE 12 MOTION

The undersigned counsel for Defendants University of Iowa Hospitals and Clinics, Dr. Ademola Abiose, Duke University Health System, Inc., Columbia University Medical Center, Dr. Maryam Banikazemi, Dr. Manesh Patel, Children's Memorial Hospital (n/k/a Ann & Robert H. Lurie Children's Hospital of Chicago), Dr. Joel Charrow, Baylor College of Medicine, Dr. Christine Eng, Cincinnati Children's Hospital, Dr. Robert Hopkin, University of Minnesota, Dr. Michael Mauer, University of Washington Medicine, Dr. Ronald Scott, Massachusetts General Hospital, Dr. Katherine Sims, University of Alabama at Birmingham Medicine, Dr. David Warnock, Cedars-Sinai Medical Center, and Dr. William Wilcox ("Moving Defendants"), hereby certify that all relevant parties have, in good faith, met and conferred to attempt to reach an agreement on the issues raised by this motion prior to filing this motion.  The parties were unable to reach an agreement, resulting in the parties jointly moving for a briefing schedule to address these issues, beginning with personal jurisdiction and sovereign immunity, without waving other potential Rule 12 defenses, which the Court granted.  Dkt. Nos. 68, 69.

[*signatures on following page*]


Dated:  November 8, 2022                                       Respectfully submitted:

*/s/ Thomas Cocchi*
Thomas Cocchi
PA ID No. 322604
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue NW
Washington, DC 20006
Tel:  202-378-2412
Thomas.cocchi@huschblackwell.com

Michael T. Raupp (*Pro Hac Vice*
Forthcoming)
MO Bar No. 65121
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Tel:  816-983-8324
Michael.raupp@huschblackwell.com

*Counsel for Defendants University of Minnesota; Michael Mauer; University of Iowa Hospitals and Clinics, an Iowa Entity; and Ademola Abiose*

*/s/ Bruce W. Megard*
Bruce W. Megard (admitted *pro hac vice*)
David M. Norman (admitted *pro hac vice*)
BENNETT BIGELOW & LEEDOM, P.S
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
Telephone: (206) 622-5511
Email: bmegard@bbllaw.com
Email: dnorman@bbllaw.com

*Special Assistant Attorney General for Defendants University of Washington Medicine and C. Ronald Scott, MD*

*/s/ Cole R. Gresham*
Jay M. Ezelle (admitted *pro hac vice*)
Cole R. Gresham (admitted *pro hac vice*)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama  35259-8512
(205) 868-6000 - Phone
(205) 868-6099 - Facsimile
jezelle@starneslaw.com
cgresham@starneslaw.com

Sandra L. Alven
Riley, Hewitt, Witte & Romano, P.C.
650 Washington Road
Suite 300
Pittsburgh, PA 15288
(412) 341-9300 – Phone
salven@rhwrlaw.com

*/s/ Tory A. Weigand*
Tory A. Weigand (admitted *pro hac vice*)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-737-8827
Email: tweigand@morrisonmahoney.com

John M. Clark, Esquire
301 E. Germantown Pike, 3rd Floor
East Norriton, PA 19401
Phone: (610) 756-2016
Fax: (856) 494-1844
Email: jclark@clarkfoxlaw.com

*Attorney for Defendants Massachusetts General Hospital and Katherine Sims*

*Counsel for Defendants University of Alabama at Birmingham Medicine and Dr. David Warnock*

/s/ *Joseph Comer*
Joseph Comer (admitted *pro hac vice*)
Andrea Kott (admitted *pro hac vice*)
Barker, Castro & Steinback LLC
303 W. Madison St.
Ste 700
Chicago, IL 60606
Telephone: 312-855-9300
Email: jcomer@bclawllc.com
Email: akott@bclawllc.com

*Counsel for Defendants Children's Memorial Hospital (Ann & Robert H. Lurie Children's Hospital of Chicago) and Dr. Joel Charrow*

/s/ *Jacob C. Lehman*
Jacob C. Lehman, Esquire
PA306808
German Gallagher & Murtagh, P.C.
The Bellevue, Fifth Floor 200
S. Broad Street
Philadelphia, PA 19102
Phone: 215-875-4011
Email: lehmanj@ggmfirm.com

*Counsel for Defendants Baylor College of Medicine and Christine Eng*

/s/ *Abigail A. Golden*
Abigail A. Golden (admitted *pro hac vice*)
McGuireWoods LLP
201 N. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: 704.373.8963
agolden@mcguirewoods.com

/s/ *Ashley N. Rodgers*
Ashley N. Rodgers
PA I.D.: 314017
Lewis Brisbois Bisgaard & Smith
One PPG Place, 28th Floor
Pittsburgh, PA 15222
Telephone: 412-567-5596
Email: ashley.rodgers@lewisbrisbois.com

Jon Peter Kardassakis (admitted *pro hac vice*)
Michael Grimaldi (admitted *pro hac vice*)
Lewis Brisbois Bisgaard & Smith LLP
633 W. 5th Street
Suite 4000
Los Angeles, CA 90071
Telephone: 213-250-1800
Email: jon.kardassakis@lewisbrisbois.com
Email: michael.grimaldi@lewisbrisbois.com

*Counsel for Defendants Cedars-Sinai Medical Center and Dr. William Wilcox*

/s/ *Beth A. Bryan*
Beth A. Bryan (admitted *pro hac vice*)
William E. Braff (admitted *pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Email: bryan@taftlaw.com
Email: bbraff@taftlaw.com

*Counsel for Defendants Cincinnati Children's Hospital and Dr. Robert Hopkin*

Mark E. Anderson (admitted *pro hac vice*)
McGuireWoods LLP
501 Fayetteville Street
Suite 500
Raleigh, North Carolina 27601
Telephone: 919.755.6600
manderson@mcguirewoods.com

Samuel L. Tarry, Jr.
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, Virginia 22102
Telephone: 703.712.5000
starry@mcguirewoods.com

Natalie L. Zagari
Pa. ID No. 316221
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222-3142
Telephone: 412.667.7986
nzagari@mcguirewoods.com

*Counsel for Defendants Duke University Health System, Inc., Dr. Manesh Patel And co-counsel for the Trustees of Columbia University in the City of New York s/h/a Columbia University Medical Center and Maryam Banikazemi, M.D.*

Peter J. Fazio (*Pro Hac* Pending)
Aaronson Rappaport Feinstein & Deutsch, LLP
600 Third Avenue
New York, New York 1006
Phone: 212.593.5458
pjfazio@arfdlaw.com

*Co-counsel for the Trustees of Columbia University in the City of New York s/h/a Columbia University Medical Center and Maryam Banikazemi, M.D.*