IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **D.J.; TONI CORDOVA**, *et al.* | : |
| | : |
| Plaintiffs, | : Civil Action No. 2:22-cv-00752-CB |
| | : |
| v. | : Judge Cathy Bissoon |
| | : |
| **UNIVERSITY OF IOWA HOSPITALS AND CLINICS**, *et al.*, | : |
| | : |
| Defendants. | : |

## **PROPOSED ORDER OF COURT GRANTING MOTION TO DISMISS**

AND NOW, after consideration of Defendants University of Iowa Hospitals and Clinics, Dr. Ademola Abiose, Duke University Health System, Inc., Columbia University Medical Center, Dr. Maryam Banikazemi, Dr. Manesh Patel, Children's Memorial Hospital (n/k/a Ann & Robert H. Lurie Children's Hospital of Chicago), Dr. Joel Charrow, Baylor College of Medicine, Dr. Christine Eng, Cincinnati Children's Hospital, Dr. Robert Hopkin, University of Minnesota, Dr. Michael Mauer, University of Washington Medicine, Dr. Ronald Scott, Massachusetts General Hospital, Dr. Katherine Sims, University of Alabama at Birmingham Medicine, Dr. David Warnock, Cedars-Sinai Medical Center, and Dr. William Wilcox ("Moving Defendants") Motion to Dismiss, Memorandum in Support, and all responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss is GRANTED.  Moving Defendants are hereby dismissed from this case.

DATED:  _____, 2022

_____
Cathy Bissoon
United States District Judge