IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.J.; TONI CORDOVA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 2:22-cv-00752-CB |
| | ) |
| v. | ) Judge Cathy Bissoon |
| | ) |
| UNIVERSITY OF IOWA HOSPITALS | ) |
| AND CLINICS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiffs and Defendants University of Iowa Hospitals and Clinics, Dr. Ademola Abiose, Columbia University Medical Center, Dr. Maryam Banikazemi, Duke University Health System, Inc., Dr. Manesh Patel, Children's Memorial Hospital (n/k/a Ann & Robert H. Lurie Children's Hospital of Chicago), Dr. Joel Charrow, Baylor College of Medicine, Dr. Christine Eng, Cincinnati Children's Hospital, Dr. Robert Hopkin, University of Minnesota, Dr. Michael Mauer, University of Washington Medicine, Dr. Ronald Scott, Massachusetts General Hospital, Dr. Katherine Sims, University of Alabama at Birmingham Medicine, Dr. David Warnock, Cedars-Sinai Medical Center, and Dr. William Wilcox's Joint Motion to Bifurcate Rule 12(b) Briefing.

Based on the parties' agreement and for good cause, the motion is GRANTED. It is hereby ORDERED:

- The Moving Defendants shall file a single omnibus motion in response to Plaintiffs' Second Amended Complaint that addresses only the defenses of personal jurisdiction, standing, and jurisdictional immunity on or before November 17, 2023. This response shall not exceed 35 pages.

- Plaintiffs shall file an opposition to the Moving Defendants' omnibus motion on or before December 18, 2023. This opposition shall not exceed 35 pages.

1

2

- The Moving Defendants shall file a single reply in support of their omnibus motion on or before December 29, 2023. This reply shall not exceed 15 pages.

- In the event this action survives the Moving Defendants' omnibus motion, the Moving Defendants shall file separate responses to the Second Amended Complaint asserting all defenses available under Rule 12(b)(6) within 45 days of the Court's ruling.

Dated: _____, 2023                    _____
                                                 Hon. Cathy Bissoon
                                                 United States District Judge